# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MACY'S, INC., *et al.*,<br><br>　　　　Defendants.<br>_____<br>AND COUNTERCLAIMS. | CASE NO. 12-CV-906-MMA(BLM)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 33] |

The Court **GRANTS** the parties' joint motion to dismiss and accordingly **DISMISSES with prejudice** the Complaint against Macy's, Inc.; Macy's Credit and Customer Services, Inc.; and Department Stores National Bank.  All counterclaims against Plaintiff are likewise **DISMISSED with prejudice**.  The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

DATED: December 27, 2012

*/s/ Michael M. Anello*

Hon. Michael M. Anello
United States District Judge